UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

**FILED**
MAR 3 1 2008
CLERK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| YANKTON SIOUX TRIBE, and its individual members, | \* | CIV 02-4126 |
| Plaintiffs, vs. | \* | |
| UNITED STATES ARMY CORPS OF ENGINEERS; PETE GEREN, Secretary of the Army; GEORGE S. DUNLOP, Principal Deputy Assistant Secretary of the Army for Civil Works; ROBERT L. ANTWERP, Chief of Engineers; DAVID C. PRESS, Omaha District Commander and District Engineer; THE UNITED STATES OF AMERICA; THE STATE OF SOUTH DAKOTA; JEFF VONK, Secretary of the Department of Game, Fish and Parks for the State of South Dakota; and JOHN DOES, Contractors, | \* | JUDGMENT |
| Defendants. | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In accordance with the Memorandum Opinion and Orders dated September 30, 2004, Doc. 164; September 30, 2005, Doc. 185; and December 13, 2006, Doc. 205; and the Memorandum Opinion and Order filed this date with the Clerk,

IT IS ORDERED, ADJUDGED and DECREED that Judgment is entered in favor of all Defendants and against Plaintiffs on all of the claims in this action.

Dated this 31st day of March, 2008.

BY THE COURT:

_[signature]_
Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: _[signature]_
Deputy